BRIDGET O'DONNELL, complainant-respondent,

*v.*

TOWN OF WESTFIELD et al., defendants-appellants.

[Submitted October 26th, 1934. Decided January 10th, 1935.]

*Mr. Paul Q. Oliver,* for the appellants.

*Mr. S. Arthur Stern,* for the respondent.

PER CURIAM.

We conclude that the bill shows sufficient equity to justify its retention; and that is the only question before us at this time.

Certain *ad interim* restraint was awarded, but the order of the court of chancery in that regard is not before us, and we express no opinion on it.

The order under review is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.